# United States District Court

### EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**BOBBIE MALLOY,**
     **Plaintiff,**

    v.                                                Case No. 23-CV-659

**MARTIN J. O'MALLEY.**
**Acting Commissioner of the Social Security Administration**
     **Defendant.**

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that the ALJ's decision is reversed, and the matter is remanded for further proceedings consistent with this decision pursuant to 42 U.S.C. § 405(g), sentence four. The clerk shall enter judgment accordingly.

| | |
|---|---|
| 5/9/2024 | Gina Colletti |
| Date | Clerk |
| | /s/ Alexis H. |
| | (By) Deputy Clerk |